■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES RICHARDSON, Appellant, and ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Intervenor.—Judgment, Supreme Court, Bronx County, rendered on May 27, 1976, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, J. P., Birns, Markewich and Lynch, JJ.